**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **ELIZABETH S. GRACE,** <br> **Plaintiff** <br> **v.** <br> **FRANK BISIGNANO,** <br> **Defendant.** | ) | **Civil Action No. 25-12175-DJC** |

**MEMORANDUM AND ORDER**

**CASPER, C.J.** **September 9, 2026**

## I. Introduction

Plaintiff Elizabeth S. Grace ("Grace") brings this action against Defendant Frank Bisignano ("Bisignano"), the Commissioner of the Social Security Administration, seeking reversal of the decision that she was not entitled to disability benefits under the Social Security Act. D. 1. Grace now has moved for an order reversing and remanding the Commissioner's decision, D. 10, and Bisignano now has moved for an order affirming the Commissioner's decision. D. 15.

This Court referred the pending motions to Magistrate Judge M. Page Kelley for Report and Recommendation ("R&R"). D. 17. On August 24, 2026, the R&R on the parties' cross motions was issued. D.19. The R&R recommends that the Court deny Grace's motion for an order reversing or remanding the decision of the Commissioner and grant Bisignano's motion for an order affirming the Commissioner's decision, D. 19 at 12. The parties had until September 8, 2026 to file any objections to the R&R. Id. at 12-13. No such objections have been filed.

A district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court, pursuant to 28 U.S.C. § 636(b)(1), must make "a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which the parties have objected." Id.; Fed. R. Civ. P. 72(b)(3); see United States v. J.C.D., 861 F.3d 1, 5 n.1 (1st Cir. 2017).

After having reviewed the well-reasoned and thorough R&R and having received no objections to same from the parties, the Court ADOPTS and ACCEPTS the R&R, D. 19. Accordingly, for the reasons stated in the R&R, the Court DENIES Grace's motion, D. 10, and ALLOWS Bisignano's motion to affirm the decision of the Commissioner, D. 15.

**So Ordered.**

/s Denise J. Casper
Chief United States District Judge